■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS PAYNE, Appellant. — Judgment, Supreme Court, New York County (Martin Evans, J.), rendered on December 3, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Asch, Silverman and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL GUEST, Appellant. — Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on September 16, 1982, unanimously affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FRYMER, Appellant. — Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), rendered on May 20, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Carro, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD LUDVIG, Appellant. — Judgment, Supreme Court, New York County (George Smith, J.), rendered on January 14, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Carro, Bloom and Kassal, JJ.